IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

DAVID BAUER,

    Plaintiff,

vs.                                    CASE NO.: 8:12-CV-22-T-27EAJ

LEWIS HASTIE RECEIVABLES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff David Bauer, by the undersigned attorney, hereby gives notice that the above-captioned action has been settled. The parties will be entering into a structured settlement agreement that will involve payments over time, and accordingly will be filing with the Court a stipulation motion to stay scheduling order in this action together with a proposed order for the Court's consideration.

## MEMORANDUM OF LAW

Local Rule 3.08(a) states that, "It shall be the duty of all counsel to immediately notify the Court upon the settlement of any case."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2012 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

                                    /s/ Timothy Condon
                                  TIMOTHY CONDON, ESQ.   FBN 217921
                                  307 S. Fielding Ave., #2, Tampa, FL  33606
                                  Telephone 813-474-1221 Fax 813-200-3395
                                  Email: tim@timcondon.net
                                  ATTORNEY FOR PLAINTIFF